AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Scanning Technologies Innovations LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   7:21-cv-11140-NSR |
| Patron Technology, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patron Technology, LLC     .

Date:    03/11/2022                                                                   /s/ Edward C. Wipper
                                                                                          *Attorney's signature*

                                                                                  Edward C. Wipper (EW 6140)
                                                                                  *Printed name and bar number*

                                                                                          17 State Street
                                                                                           Suite 4000
                                                                                       New York, NY 10004

                                                                                               *Address*

                                                                                  EWipper@beneschlaw.com
                                                                                          *E-mail address*

                                                                                         (646) 593-7050
                                                                                        *Telephone number*

                                                                                         (646) 798-8902
                                                                                            *FAX number*